PROB 12
(11/01-D/CO)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00386-EWN-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

SHAR HANULCIKOVA PADGETT,

       Defendant.

---

**ORDER CONTINUING PROBATION AND
MODIFYING CONDITIONS OF PROBATION**

---

       This matter is before the Court upon report of the probation officer that the defendant violated the conditions of her probation.  At a probation violation hearing on September 22, 2006, the defendant admitted to violating the terms and conditions of her probation.  After hearing from government and defense counsels, Accordingly it is

       **ORDERED** that the defendant shall be continued on probation and that the terms and conditions of probation be modified as follows:

       The defendant shall be placed on home detention for a period of  four (4) months, to commence within 21 days of the probation violation hearing.   During this period, the defendant shall remain at her  place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer.  This period of home detention shall be enforced by electronic monitoring.  To permit this monitoring, the defendant shall maintain a telephone at her place of residence without any special services, modems, answering machines, or cordless telephones.  The defendant shall wear electronic monitoring devices and follow all other procedures specified by the probation officer.  The defendant shall pay the cost of electronic monitoring as directed by the probation officer.  It is

       **FURTHER ORDERED** that all terms and conditions of probation previously imposed on February 11, 2005, and as modified on July 8, 2005, remain in full force and effect.

       DATED at Denver, Colorado, this 25th day of September, 2006.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge